**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vanessa Olivarria,<br><br>       Plaintiff,<br><br>v.<br><br>Tucson Unified School District,<br><br>       Defendant. | No. CV-19-00072-TUC-JGZ<br><br>**ORDER** |

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

    IT IS HEREBY ORDERED that the parties' Stipulation of Voluntary Dismissal with Prejudice (Doc. 24) is GRANTED.

    The Clerk of Court is directed to close the file in this action.

    Dated this 8th day of October, 2019.

*[signature]*
Honorable Jennifer G. Zipps
United States District Judge